JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARS DARWYNN PAARMANN, | Case No. CV 12-2861-VBF (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DAVID LONG, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 8-8-12

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE