JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LARS DARWYNN PAARMANN,

    Petitioner,

vs.

DAVID LONG,

    Respondent.

Case No. CV 12-2861-VBF (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 8-8-12

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE